UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

TRACY L. COLLIER,

    Petitioner,

v.                                      CASE NO. 5:18cv177-MCR/MJF

MARK S. INCH,

    Respondent.

_____/

## **O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated March 7, 2019. ECF No. 22. Petitioner was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of those portions to which an objection was made.

Having considered the Report and Recommendation and all objections thereto timely filed, I conclude that the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The Magistrate Judge's Report and Recommendation, ECF No. 22, is adopted and incorporated by reference in this Order.

2. The second amended petition for writ of habeas corpus, ECF No. 19, challenging petitioner's judgment of conviction and sentence in *State of Florida v. Tracy L. Collier*, Bay County Circuit Court Case No. 2001-CF-1454, is DISMISSED for lack of jurisdiction.

3. The clerk is directed to close the file.

4. A certificate of appealability is denied.

**DONE AND ORDERED** this 9th day of April 2019.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**